United States District Court
Southern District of Texas
**ENTERED**
January 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELIDA RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-88 |
| | § | |
| SAM'S WEST INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons stated in this Court's order of January 7, 2019,[1] Plaintiff's claims against Defendant having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 8th day of January, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 10.